```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

**AMY ALBERT**                                                     **PLAINTIFF**

       v.                    Civil No. 11-2125

**BOOKS-A-MILLION, INC.**                                          **DEFENDANT**


<u>O R D E R</u>

Now on this 12th day of June, 2012, comes on for consideration **Plaintiff's Motion To Have Attorney Withdraw** (document #17), and the Court, being well and sufficiently advised, finds that said motion should be granted.

**IT IS THEREFORE ORDERED** that **Plaintiff's Motion To Have Attorney Withdraw** (document #17) is **granted.**

**IT IS FURTHER ORDERED** that attorneys Amanda Meadors and Brian Meadors are withdrawn from this case, and the Clerk of Court is directed to remove their names from the list of attorneys who receive notices of electronic filing in this case.

**IT IS FURTHER ORDERED** that plaintiff Amy Albert ("Albert") has twenty-one days from the date of this Order to obtain new counsel, failing which the case will continue with her as a *pro se* litigant.

**IT IS FURTHER ORDERED** that until such time as new counsel enters an appearance on behalf of Albert, the Clerk of Court show as her contact information on the docket sheet the address of 209

South 14th Street, Lavaca, AR  72941.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order, and the Court's Final Scheduling Order, to Albert at the foregoing address.

**IT IS SO ORDERED.**

       /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**