```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

**AMY ALBERT**                                              **PLAINTIFF**

      v.        Civil No. 11-2125

**BOOKS-A-MILLION, INC.**                                   **DEFENDANT**

### O R D E R

Now on this 5th day of July, 2012, comes on for consideration plaintiff's **Motion To Dismiss** (document #21), and the Court, being well and sufficiently advised, finds that said motion should be granted.

**IT IS THEREFORE ORDERED** that plaintiff's **Motion To Dismiss** (document #21) is **granted**, and this matter is **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE